# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ARDIT FERIZI<br>a/k/a Th3Dir3ctorY,<br><br>*Defendant(s)* | Case No. 1:15-MJ-515 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) **4/01/15 to or on about 8/11/15** in the extraterritorial jurisdiction of U.S. and in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030 | Unauthorized access to a computer; |
| 18 U.S.C. § 1028A | Aggravated identity theft; and |
| 18 U.S.C. § 2339B | Providing material support to a designated foreign terrorist group |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Lynn E. Haaland

*Complainant's signature*

Special Agent Kevin M. Gallagher
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/06/2015

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

The Honorable Theresa C. Buchanan
U.S. Magistrate Judge
*Printed name and title*