AO 442 (Rev. 01/09) Arrest Warrant

9914307

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
ARDIT FERIZI
a/k/a Th3Dir3ctorY,

Defendant

Case No. 1:15-MJ-515

**UNDER SEAL**

RECEIVED 2015 OCT -6 PM 3:23 UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Ardit Ferizi,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §1030, Unauthorized access to a computer;
18 U.S.C. § 1028A, Aggravated identity theft; and
18 U.S.C. § 2339B, Providing material support to a designated foreign terrorist group

Date: 10/06/2015

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, VA

Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 10/6/15, and the person was arrested on (date) 1/22/16
at (city and state) MANASSAS, VA

Date: 1/27/16

*Arresting officer's signature*

KEVIN M GALLAGHER, SPECIAL AGENT
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____