IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:16-cr-42 (LMB) |
| | ) | |
| ARDIT FERIZI, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion to Correct Sentence Under Rule 35(a) Based Upon Misrepresentation by the Government at Sentencing [Dkt. 72] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 7th day of October, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge