Case 1:16-cr-00042-LMB Document 95-5 Filed 09/04/20 Page 1 of 2 PageID# 834
Case 1:16-cr-00042-LMB Document 54-1 Filed 09/16/16 Page 9 of 13 PageID# 395

ATTACHMENT C

| Author* | Recipient | Message Sent (UTC) | Message | Message Status |
|---|---|---|---|---|
| Ferizi | Hussain | 06/13/2015 07:59:15 PM | when here write me <ss type="smile">:)</ss> | Sent |
| Hussain |  | 06/13/2015 10:01:53 PM | im here | Read |
| Ferizi | Hussain | 06/13/2015 10:21:15 PM | hows u bro <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:21:21 PM | salam alejkum | Sent |
| Ferizi | Hussain | 06/13/2015 10:21:23 PM | was praying | Sent |
| Ferizi | Hussain | 06/13/2015 10:21:25 PM | just came | Sent |
| Hussain |  | 06/13/2015 10:21:28 PM | walaykumsallam | Read |
| Hussain |  | 06/13/2015 10:21:33 PM | im good allhamdulilah | Read |
| Hussain |  | 06/13/2015 10:21:34 PM | ypu | Read |
| Hussain |  | 06/13/2015 10:21:36 PM | you | Read |
| Ferizi | Hussain | 06/13/2015 10:21:45 PM | elhamdulilah brother <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:22:01 PM | wait i prepare some dumps i got ok | Sent |
| Hussain |  | 06/13/2015 10:22:08 PM | ok inshAllah | Read |
| Ferizi | Hussain | 06/13/2015 10:23:27 PM | gov dump..html | Sent |
| Ferizi | Hussain | 06/13/2015 10:23:37 PM | military dump..html | Sent |
| Hussain | Ferizi | 06/13/2015 10:23:40 PM | which website akhi | Read |
| Ferizi | Hussain | 06/13/2015 10:24:15 PM | [Victim Company] <ss type="smile">:)</ss> plus i got | Sent |
| Ferizi | Hussain | 06/13/2015 10:24:18 PM | the credit card | Sent |
| Ferizi | Hussain | 06/13/2015 10:24:26 PM | of airforce | Sent |
| Ferizi | Hussain | 06/13/2015 10:24:30 PM | department | Sent |
| Ferizi | Hussain | 06/13/2015 10:24:32 PM | waiti show u | Sent |
| Ferizi | Hussain | 06/13/2015 10:24:46 PM | [Victim Company] have around 190k users | Sent |
| Ferizi | Hussain | 06/13/2015 10:24:47 PM | <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:26:39 PM | orders..html | Sent |
| Hussain | Ferizi | 06/13/2015 10:28:44 PM | where u get the mil/gov dumps? | Read |
| Ferizi | Hussain | 06/13/2015 10:28:57 PM | in the website [Victim Company] already now im connected on it | Sent |
| Ferizi | Hussain | 06/13/2015 10:29:02 PM | u wanna come via teamviewer <ss type="smile">:)</ss> | Sent |
| Hussain | Ferizi | 06/13/2015 10:29:08 PM | u have a shell? | Read |
| Hussain | Ferizi | 06/13/2015 10:29:21 PM | <ss type="worry">:S</ss> | Read |
| Hussain |  | 06/13/2015 10:29:22 PM | [Victim Company] has gov and mil logins? | Read |
| Ferizi | Hussain | 06/13/2015 10:29:22 PM | have db access | Sent |
| Hussain |  | 06/13/2015 10:29:26 PM | ah ok | Read |
| Ferizi | Hussain | 06/13/2015 10:29:28 PM | yes bro <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:29:31 PM | come see bro | Sent |
| Hussain |  | 06/13/2015 10:29:41 PM | can I see in 30mins? | Read |
| Hussain | Ferizi | 06/13/2015 10:29:48 PM | free magabytes in 30mins | Read |
| Hussain |  | 06/13/2015 10:29:52 PM | I have limit | Read |
| Hussain |  | 06/13/2015 10:29:57 PM | but at 2am in 30mins its free | Read |
| Ferizi | Hussain | 06/13/2015 10:30:00 PM | [redacted] | Sent |
| Ferizi | Hussain | 06/13/2015 10:30:11 PM | oh good bro <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:30:40 PM | i have also another shop which have 878k clients and its military shop | Sent |
| Ferizi | Hussain | 06/13/2015 10:30:43 PM | <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:30:50 PM | there is huge db | Sent |
| Hussain | Ferizi | 06/13/2015 10:30:53 PM | Allahu Akbar | Read |
| Hussain |  | 06/13/2015 10:30:57 PM | we need to hit them hard | Read |
| Ferizi | Hussain | 06/13/2015 10:31:04 PM | yes inshaAllah <ss type="smile">:)</ss> | Sent |
| Hussain |  | 06/13/2015 10:31:12 PM | ok akhi we will release biidnillah | Read |
| Ferizi | Hussain | 06/13/2015 10:31:14 PM | just when we hit hit them strong <ss type="smile">:)</ss> | Sent |
| Hussain |  | 06/13/2015 10:31:17 PM | but tell me, no one else has this? | Read |
| Ferizi | Hussain | 06/13/2015 10:31:20 PM | noone | Sent |
| Ferizi | Hussain | 06/13/2015 10:31:25 PM | brother only me u and Allah knows | Sent |
| Hussain |  | 06/13/2015 10:31:32 PM | Allhamdulilah | Read |
| Hussain | Ferizi | 06/13/2015 10:31:37 PM | how did u get DB access? | Read |

* The social media account names have been changed to reflect the true names of the account users. Victim information has been redacted or replaced.

Case 1:16-cr-00042-LMB Document 25-5 Filed 09/04/20 Page 2 of 2 PageID# 835
Case 1:16-cr-00042-LMB Document 54-1 Filed 09/10/16 Page 10 of 13 PageID# 396
ATTACHMENT C

| | | | | |
|---|---|---|---|---|
| Ferizi | Hussain | 06/13/2015 10:31:43 PM | easy penetration | Sent |
| Hussain | | 06/13/2015 10:31:50 PM | SQLi? | Read |
| Ferizi | Hussain | 06/13/2015 10:31:58 PM | sqli the mobile app <ss type="tongueout">:P</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:32:12 PM | and got access all in <ss type="smile">:)</ss> | Sent |
| Hussain | Ferizi | 06/13/2015 10:32:19 PM | masha'Allah | Read |
| Hussain | | 06/13/2015 10:32:21 PM | nice | Read |
| Ferizi | Hussain | 06/13/2015 10:32:32 PM | everyday 400/500 orders come in this website [Victim Company] <ss type="smile">:)</ss> | Sent |
| Hussain | | 06/13/2015 10:32:44 PM | but how u got DB login info? | Read |
| Ferizi | Hussain | 06/13/2015 10:33:34 PM | | Sent |
| Ferizi | Hussain | 06/13/2015 10:34:16 PM | penetration after penetration | Sent |
| Ferizi | Hussain | 06/13/2015 10:34:20 PM | injection after injection <ss type="cat">:3</ss> | Sent |
| Hussain | Ferizi | 06/13/2015 10:35:23 PM | Allahu Akbar | Read |
| Hussain | Ferizi | 06/13/2015 10:35:32 PM | akhi maybe some of these military emails | Read |
| Hussain | Ferizi | 06/13/2015 10:35:37 PM | the passwords work for their emails | Read |
| Hussain | | 06/13/2015 10:35:40 PM | u tried? | Read |
| Ferizi | Hussain | 06/13/2015 10:35:51 PM | didnt tried yet bro | Sent |
| Ferizi | Hussain | 06/13/2015 10:35:56 PM | got now | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:02 PM | the other db i have 900k | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:06 PM | bro all Military | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:13 PM | i putted in sql map | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:16 PM | for getting | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:22 PM | it have so syntax errors but works | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:24 PM | but slowly | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:30 PM | gonna get a big servers | Sent |
| Ferizi | Hussain | 06/13/2015 10:36:41 PM | to dump it fast | Sent |
| Hussain | Ferizi | 06/13/2015 10:36:49 PM | this one u gave me is all .mil ? | Read |
| Ferizi | Hussain | 06/13/2015 10:37:02 PM | no this one have 900 email .mil | Sent |
| Ferizi | Hussain | 06/13/2015 10:37:06 PM | and 500 .gov | Sent |
| Ferizi | Hussain | 06/13/2015 10:37:09 PM | with passwords | Sent |
| Hussain | Ferizi | 06/13/2015 10:37:13 PM | but there is more in server? | Read |
| Ferizi | Hussain | 06/13/2015 10:37:14 PM | the other one is military site | Sent |
| Ferizi | Hussain | 06/13/2015 10:37:24 PM | brother its another server | Sent |
| Ferizi | Hussain | 06/13/2015 10:37:25 PM | | Sent |
| Hussain | Ferizi | 06/13/2015 10:37:32 PM | ok so in [Victim Company] we have 900 .mil and 500 .gov | Read |
| Ferizi | Hussain | 06/13/2015 10:37:37 PM | <ss type="smile">:)</ss> | Sent |
| Ferizi | Hussain | 06/13/2015 10:37:37 PM | yes | Sent |
| Hussain | Ferizi | 06/13/2015 10:37:42 PM | ok perfect | Read |
| Ferizi | Hussain | 06/13/2015 10:37:50 PM | | Sent |
| Hussain | Ferizi | 06/13/2015 10:37:54 PM | all mil? | Read |
| Ferizi | Hussain | 06/13/2015 10:37:57 PM | so gonna see | Sent |
| Ferizi | Hussain | 06/13/2015 10:38:07 PM | not all mil but 70% maybe <ss type="smile">:)</ss> | Sent |
| Hussain | Ferizi | 06/13/2015 10:38:10 PM | yes maybe | Read |
| Ferizi | Hussain | 06/13/2015 10:38:11 PM | lets see lets see db is big | Sent |
| Ferizi | Hussain | 06/13/2015 10:38:18 PM | after all dump | Sent |
| Hussain | Ferizi | 06/13/2015 10:38:20 PM | ok perfect inshAllah | Read |
| Ferizi | Hussain | 06/13/2015 10:38:21 PM | gonna see slowly | Sent |
| Ferizi | Hussain | 06/13/2015 10:38:23 PM | inshaAllah | Sent |
| Hussain | Ferizi | 06/13/2015 10:38:31 PM | we will only release mil and gov | Read |
| Hussain | Ferizi | 06/13/2015 10:38:38 PM | and the others we release later | Read |
| Ferizi | Hussain | 06/13/2015 10:38:45 PM | USAF | Sent |
| Ferizi | Hussain | 06/13/2015 10:38:48 PM | united state air force | Sent |
| Hussain | Ferizi | 06/13/2015 10:38:52 PM | we will make like a message inshAllah | Read |
| Ferizi | Hussain | 06/13/2015 10:38:53 PM | i have the credit card payment they make online <ss type="smile">:)</ss> | Sent |

* The social media account names have been changed to reflect the true names of the account users. Victim information has been redacted or replaced.