```
 BUTB5           *        INMATE DISCIPLINE DATA            *    08-13-2020
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *     11:41:51

REGISTER NO: 89453-083 NAME..: FERIZI, ARDIT
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-13-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3173680 - SANCTIONED INCIDENT DATE/TIME: 08-20-2018 1059
DHO HEARING DATE/TIME: 10-03-2018 0915            DHO REPT DEL: 11-07-2018 0930
FACL/CHAIRPERSON.....: THA/J BRADLEY
APPEAL CASE NUMBER(S): 960614
REPORT REMARKS.......: I/M STATED "I WILL CUT YOU IN HALF, I WILL EAT YOU
                       ALIVE" TO ANOTHER I/M. I/M DENIES
   203  THREATENING BODILY HARM - FREQ: 1 ATI: IN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        LP PHONE   / 90 DAYS / CS
                FROM: 10-03-2018  THRU: 12-31-2018
        COMP:    LAW:
        MON FINE   / 50.00 DOLLARS / CS
        COMP:    LAW:     BAL $101.72
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2958859 - SANCTIONED INCIDENT DATE/TIME: 02-26-2017 1145
DHO HEARING DATE/TIME: 03-23-2017 1101
FACL/CHAIRPERSON.....: MAR/PUCKETT
REPORT REMARKS.......: INMATE STATED HE DIDN'T FEEL HIS FACE SO HE SHOULDN'T
                       BE FOUND GUILTY. VIDEO SHOWED I/M HITTING OTHER I/M.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS LOSS OF GCT.
        LP COMM    / 60 DAYS / CS
        COMP:    LAW:     60 DAYS LOSS OF COMMISSARY.
        LP PHONE   / 60 DAYS / CS
        COMP:    LAW:     60 DAYS LOSS OF PHONE.




        G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```