**Exhibit: Photos of Ardit Ferizi's room in his family home in Kosovo**



TESY

