IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARDIT FERIZI, | ) | 1:16-cr-42 (LMB) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

To minimize the number of people in the courthouse, it is hereby

ORDERED that an on-the-record argument of defendant's Emergency Motion for Compassionate Release [Dkt. No. 81] will be held by tele-conference on Tuesday, October 6, 2020 at 9:00 am.

**To join the tele-conference, at 9:00 am, Tuesday, October 6, the parties should dial 1-877-336-1829 and use the access code 8896301. If prompted for a security code, reenter the access code.** If at all possible, the attorneys who will be speaking during the tele-conference should dial in using land line telephones. Other counsel and the general public are able to call in to the same phone number using the same access code but will be in listen-only mode.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of September, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge