IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 1:16-cr-42 (LMB) |
| ARDIT FERIZI, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated during a telephone conference held on the record with attorneys for both parties present, it is hereby

ORDERED that defendant's Emergency Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) [Dkt. 81], be and is DENIED.

The Clerk is directed to forward copies of this Order counsel of record.

Entered this 6th day of October, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge